IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KEITH PARRISH,

    Plaintiff,

v.                             No. CIV-15-0703 GBWLAM

THE ROOSEVELT COUNTY BOARD OF
COUNTY COMMISSIONERS, a political
sub-division existing under the laws of
the State of New Mexico,

    Defendants.

## ORDER RESETTING TELEPHONIC STATUS CONFERENCE

| | |
|---|---|
| MATTER(S) TO BE HEARD: | Status Conference to set Settlement Conference |
| DATE AND TIME OF HEARING: | Wednesday, December 16, 2015 at 2:00 p.m. (Trailing Docket – 15 minutes) |
| LOCATION: | U.S. Courthouse and Federal Building, 5th Floor, 100 N. Church, Las Cruces, NM, before U.S. Magistrate Judge LOURDES A. MARTÍNEZ |

    Judge Martínez shall be responsible for initiating and coordinating the call. Please notify her chambers by 11:00 a.m. the day before the hearing if you will be at a telephone number other than the one listed in the Court's file.

    IT IS SO ORDERED.

                                              */s/ Lourdes A. Martínez*
                                              **LOURDES A. MARTÍNEZ**
                                              **UNITED STATES MAGISTRATE JUDGE**