IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KEITH PARRISH,

    Plaintiff,

vs.                                        No. CIV 15-0703 JB/GJF

THE ROOSEVELT COUNTY BOARD OF
COUNTY COMMISSIONERS, a political
sub-division existing under the law of the
State of New Mexico,

    Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on its Memorandum Opinion and Order, filed December 29, 2017, (Doc. 55)("SJ MOO"). In its SJ MOO, the Court granted the Defendant The Roosevelt County Board of County Commissioners Motion for Summary Judgment, filed April 27, 2016 (Doc. 35)("SJ Motion") with respect to Plaintiff Keith Parrish's Violation of the Fair Labor Standards Act claim (Count I) against Defendant Roosevelt County Board of County Commissioners, dismissing it with prejudice. See SJ MOO at 42. Also in the SJ MOO, the Court declined to exercise supplemental jurisdiction over Parrish's Breach of Contract claim (Count II) and dismissed that claim without prejudice. See SJ MOO at 42. With no remaining claims or parties for the Court to address, the Court enters this Final Judgment in compliance with rule 58 of the Federal Rules of Civil Procedure.

**IT IS ORDERED** that: (i) Parrish's Civil Complaint and Demand For Jury Trial, filed August 11, 2015 (Doc. 1) is dismissed; (ii) Parrish's Breach of Contract Claim (Count II) is dismissed without prejudice; (iii) all other claims are dismissed with prejudice; (iv) the case is dismissed; and (v) Final Judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Eric D. Dixon
Portales, New Mexico

    *Attorney for the Plaintiff*

Grace Philips
New Mexico Association of Counties
Santa Fe, New Mexico

--and--

Peter S. Auh
New Mexico Association of Counties
Albuquerque, New Mexico

--and--

Andrew Lambert Johnson
Keleher & McLeod, P.A.
Albuquerque, New Mexico

    *Attorneys for the Defendant*